**RIPMAX LTD., Plaintiff–Appellant,**

v.

**HORIZON HOBBY, INC., Defendant–
Cross Appellant.**

Nos. 2010–1098, 2010–1099.

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2010.

Rehearing Denied Nov. 19, 2010.

Stephen P. McNamara, St. Onge Steward Johnston & Reems LLC, of Stamford, CT, argued for plaintiff-appellant. With him on the brief were Steven B. Simonis, Benjamin C. White and Todd M. Oberdick.

James M. Bollinger, Troutman Sanders LLP, of New York, NY, argued for defendant-cross appellant. With him on the brief was Laura E. Krawczyk, Morgan, Lewis & Bockius LLP, of New York, NY.

Before LINN, CLEVENGER, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**